| | |
|---|---|
| Jahan C. Sagafi (Cal Bar No. 224887) | Ethan Chernin (SBN 273906) |
| Molly J. Frandsen (Cal. Bar No. 320094) | COZEN O'CONNOR |
| OUTTEN & GOLDEN LLP | 401 Wilshire Blvd, Suite 850 |
| One California Street, 12th Floor | Santa Monica, CA 90401 |
| San Francisco, CA 94111 | Phone: (310) 393-4000 |
| Telephone: (415) 638-8800 | Facsimile: (310) 394-4700 |
| Facsimile: (415) 638-8810 | E-Mail: echernin@cozen.com |
| E-Mail: jsagafi@outtengolden.com | |
| E-Mail: mfrandsen@outtengolden.com | Brett Greving (SBN 270883) |
| | COZEN O'CONNOR |
| Melissa L. Stewart* | 101 Montgomery Street, Suite 1400 |
| OUTTEN & GOLDEN LLP | San Francisco, CA 94104 |
| 685 Third Avenue, 25th Floor | Telephone: (415) 644-0914 |
| New York, NY 10017 | Facsimile: (628) 221-5875 |
| Telephone: (212) 245-1000 | E-Mail: bgreving@cozen.com |
| Facsimile: (646) 509-2060 | |
| E-Mail: mstewart@outtengolden.com | *Attorneys for Defendants ODOO, INC. and ODOO, S.A.* |

*admitted *pro hac vice*

*Attorneys for Plaintiffs and the Proposed Class and Collective Members and Aggrieved Employees*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| OMAR KAYED, JESUS PRADO, and SPENCER CARR, individually and on behalf of all others similarly situated, | Case No. 23-cv-03728-LJC |
| Plaintiffs, | **ORDER RE: STIPULATION TO ADVANCE STATUS CONFERENCE** |
| v. | |
| ODOO, INC. and ODOO, S.A., | |
| Defendants. | |

**ORDER**

On January 30, 2024, Plaintiffs Omar Kayed, Jesus Prado, and Spencer Carr and Defendants Odoo, Inc. and Odoo, S.A. filed a Stipulation to Advance Status Conference. The Court hereby GRANTS the parties' request as follows:

The Status Conference is rescheduled from February 22, 2024 to February 15, 2024 at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 30, 2024

_____
LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE