1 | Ethan Chernin (SBN 273906)
    *echernin@cozen.com*
2 | COZEN O'CONNOR
    401 Wilshire Blvd, Suite 850
3 | Santa Monica, CA 90401
    Phone:    (310) 393-4000
4 | Facsimile: (310) 394-4700

5 | Brett Greving (SBN 270883)
    *bgreving@cozen.com*
6 | COZEN O'CONNOR
    388 Market Street, Suite 1000
7 | San Francisco, CA 94111
    Telephone: (415) 644-0914
8 | Facsimile: (628) 221-5875

9 | Attorneys for Defendants
    ODOO, INC. and ODOO, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR KAYED, JESUS PRADO, and SPENCER CARR, ALONZO RIVAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ODOO, INC. and ODOO, S.A.,<br><br>Defendants. | Case No.: 23-cv-03728-LJC<br><br>Judge: Honorable Judge: Lisa J. Cisneros Courtroom G – 15th Floor<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS ODOO, INC. AND ODOO, S.A.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE CLASS LIST UNDER SEAL IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: July 27, 2023 |

1

[PROPOSED] ORDER GRANTING DEFENDANTS ODOO, INC. AND ODOO, S.A.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE CLASS LIST UNDER SEAL IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT - CASE NO.: 23-CV-03728-LJC

LEGAL\74461903\1

**[PROPOSED] ORDER**

Defendants ODOO, INC. and ODOO, S.A.'s ("Defendants") unopposed administrative motion for an order filing the Class List in this case under seal (the "Motion") is granted. In accordance with N.D. Cal. Civil Local Rules 7-11 and 79-5, the Court finds that Defendants have complied with Civil Local Rule 79-5, and have met their burden to seal the following document:

| No.1 | Class List with 599 names |
|---|---|

The Court finds that by the Motion and supporting declaration, Defendants have articulated compelling reasons supported by specific facts that outweigh the general history of access and the public policies favoring disclosure, which justifies the sealing of the Class List.

IT IS HEREBY ORDERED that the Class List provisionally filed under seal by Defendants is sealed until further order of the Court.

DATE: December 12, 2024.

_____
Honorable Judge Lisa J. Cisneros

Cozen O' Connor
401 Wilshire Boulevard
Suite 850
Santa Monica, CA 90401

2

[PROPOSED] ORDER GRANTING DEFENDANTS ODOO, INC. AND ODOO, S.A.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE CLASS LIST UNDER SEAL IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT - CASE NO.: 23-CV-03728-LJC

LEGAL\74461903\1