Jahan C. Sagafi (SBN 224887)
Molly J. Frandsen (SBN 320094)
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: jsagafi@outtengolden.com
E-Mail: mfrandsen@outtengolden.com

Melissa L. Stewart*
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-Mail: mstewart@outtengolden.com

*admitted *pro hac vice*

*Attorneys for Plaintiffs and the Proposed Class and Collective Members and Aggrieved Employees*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR KAYED, JESUS PRADO, SPENCER CARR, and ALONZO RIVAS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ODOO, INC. and ODOO, S.A.,<br><br>Defendants. | Case No. 3:23-cv-03728-LJC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AND SERVICE AWARDS**<br><br>Judge: Honorable Lisa J. Cisneros<br>Courtroom G – 15th Floor<br><br>Hearing Date: November 12, 2024<br>Hearing Time: 10:30 AM<br><br>Complaint Filed: July 27, 2023 |

The Court, having considered Plaintiffs' Motion for Award of Attorneys' Fees and Costs and Service Awards ("Motion") and the papers in support, hereby grants Plaintiffs' Motion and approves:

(1) $1,500,000 in attorneys' fees;

(2) actual costs up to $30,000;

(3) $16,750 in settlement administration expenses; and

(4) a service award of $15,000 each for Plaintiffs Omar Kayed, Jesus Prado, Spencer Carr, and a service award of $10,000 for Plaintiff Alonzo Rivas.

**IT IS SO ORDERED.**

Dated: December 12, 2024

_____
The Honorable Lisa J. Cisneros
United States District Judge

2

[Proposed] Order Granting Plaintiffs' Motion for Award of Attorneys' Fees and Costs and Service Awards Case No. 3:23-cv-03728-LJC